836

No. 77–1816. DiGilio et al. v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–1817. In re McPartlin. C. A. 7th Cir. Certiorari denied.

No. 77–1820. Interstate Natural Gas Association of America et al. v. Federal Energy Regulatory Commission. C. A. D. C. Cir. Certiorari denied.

No. 77–1821. Davis v. United States. C. A. 3d Cir. Certiorari denied.

No. 77–1823. Cook v. United States. C. A. 5th Cir. Certiorari denied.

No. 77–1827. Flickinger v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–1828. Union Pacific Railroad Co. et al. v. Cohn et al. C. A. 8th Cir. Certiorari denied.

No. 77–1830. Haskin v. United States. C. A. 9th Cir. Certiorari denied.

No. 77–1836. Tidmore v. City of Birmingham. Ct. Crim. Ala. Certiorari denied.

No. 77–1838. Save Our Cemeteries, Inc., et al. v. Archdiocese of New Orleans, Inc., et al. C. A. 5th Cir. Certiorari denied.

No. 77–1839. Decaturville Sportswear Co., Inc., et al. v. National Labor Relations Board et al. C. A. 6th Cir. Certiorari denied.